[S. F. No. 8440. In Bank.—July 31, 1917.]

## E. CLEMENS HORST COMPANY (a Corporation), et al., Petitioners, v. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA, Respondents.

RAILROAD COMMISSION — ENFORCEMENT OF TARIFF BY RAILROAD COMPANY—ORDER OF COMMISSION—CERTIORARI.—A writ of *certiorari* will not lie to review an order of the Railroad Commission directing a railroad company to enforce against the petitioners for the writ a certain tariff with reference to demurrage where the order does not adjudicate the question of liability or prevent the interposition of any defense in any action that may be pending or afterward brought to enforce such tariff.

APPLICATION for a Writ of Review against the State Railroad Commission.

The facts are stated in the opinion of the court.

Edward C. Harrison, and Maurice E. Harrison, for Petitioners.

Douglas Brookman, for Respondents.

THE COURT.—We cannot see that the Railroad Commission has assumed by its order to adjudicate the question of the liability of the petitioners to the Southern Pacific Company, or to prevent the interposition of any defense in any action that may be pending or may be hereafter instituted against them by the Southern Pacific Company. No judgment is thereby attempted to be given against any of them. The whole effect of the order is that the Southern Pacific Company is directed to enforce against them a certain paragraph of a certain rule of a certain tariff with reference to demurrage, and this, it is taken for granted, can only be done by the company by means of ordinary actions against the several petitioners in the courts of the state, where the question of liability will be determined.

The application for a writ of *certiorari* is denied.